| | |
|---|---|
| 1 | **KEVIN V. RYAN (CSBN 118321)**<br>United States Attorney |
| 2 | **JAY R. WEILL (CSBN 75434)**<br>Assistant United States Attorney |
| 3 | **Chief, Tax Division**<br>**THOMAS MOORE (ASBN 4305-T78O)** |
| 4 | Assistant United States Attorney<br>  10th Floor Federal Building |
| 5 |   450 Golden Gate Avenue, Box 36055<br>  San Francisco, California 94102 |
| 6 |   Telephone:  (415) 436-6935 |
| 7 | Attorneys for United States of America |

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No.  C-06-3702-MMC (EMC) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | STIPULATION TO CONTINUE |
| | ) | SETTLEMENT CONFERENCE |
| THEODORE R. THAYER, et al. | ) | AND ~~PROPOSED~~ ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This is a suit to reduce 4 years of tax assessments to judgment and to foreclose tax liens against property held by defendants Theodore Thayer and Christine Bush.  Defendant Thayer has nearly completed preparation of new tax returns for the years at issue and expects his tax debt will be greatly reduced when the returns are filed.  Upon receipt of defendant Thayer's tax returns, the IRS must audit those returns to determine if they will be accepted as filed, which will reduce the amount of the IRS' claim in this matter.

   For the reason that defendant Thayer's returns cannot be filed and audited before the February 6, 2007 settlement conference and because the parties will not be in a position to settle this matter until the returns are filed and audited, the United States of America and defendants Theodore Thayer and Christine Bush, through their respective counsel, stipulate as follows:

   1. The settlement conference set for February 6, 2007 be vacated.

///

Stip To Cont. Settl. Conf. & Proposed
Order (No. C-06-3702-MMC(EMC)                    1

2.       In the event defendant Thayer's returns are not filed and audited and this matter settled by March 2, 2007, the parties will inform this Court at that time so that a settlement conference can then be scheduled.

```
                                        KEVIN V. RYAN
                                        United States Attorney
```

| | |
|---|---|
| BASIL BOUTRIS | THOMAS MOORE |
| VAUGHT & BOUTRIS | Assistant United States Attorney |
| Attorney for Defendants | Attorneys for Plaintiff |
|   Christine Bush | |
|   Theodore Thayer | |

## **ORDER**

The Settlement Conference scheduled for February 6, 2007 shall be continued to March 16, 2007. Settlement Conference statements shall be lodged with Judge Chen's chambers by March 2, 2007.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 26, 2007

```
                                        _____
                                        EDWARD M. CHEN
                                        UNITED STATES MAGISTRATE JUDGE
```