1  **SCOTT N. SCHOOLS  (SCSBN 9990)**
   **United States Attorney**
2  **JAY R. WEILL  (CSBN 75434)**
   **Assistant United States Attorney**
3  **Chief, Tax Division**
   **THOMAS MOORE (ASBN 4305-T78O)**
4  **Assistant United States Attorney**
     **10th Floor Federal Building**
5    **450 Golden Gate Avenue, Box 36055**
     **San Francisco, California 94102**
6    **Telephone:  (415) 436-6935**

7  **Attorneys for United States of America**

8  **IN THE UNITED STATES DISTRICT COURT FOR THE**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11 UNITED STATES OF AMERICA,              )
                                          ) No.  C-06-3702-MMC (EMC)
12          Plaintiffs,                   )
                                          )
13      v.                                ) STIPULATION TO CONTINUE
                                          ) SETTLEMENT CONFERENCE
14 THEODORE R. THAYER, et al.             ) AND ~~PROPOSED~~ ORDER
                                          )
15          Defendant.                    )
   _____)
16

17      This is a suit to reduce 4 years of tax assessments to judgment and to foreclose tax liens

18 against property held by defendants Theodore Thayer and Christine Bush.  Defendant Thayer has

19 completed preparation of new tax returns for the years at issue.  The IRS has audited those

20 returns.  The parties are in agreement in three of the four years at issue.  The parties hope to

21 resolve any issues with respect to the fourth year once the parties' auditors can determine the

22 nature of the discrepancy between their computations for that year.

23      For the reason that auditors have not yet been able to discuss the discrepancy, the

24 United States of America and defendants Theodore Thayer and Christine Bush, through their

25 respective counsel, stipulate as follows:

26      1.     The settlement conference set for March 16, 2007 is continued to March 26, 2007

27 at 10:00 a.m.

28 ///

Stip To Cont. Settl. Conf. & Proposed
Order (No. C-06-3702-MMC (EMC)            1

2. Settlement Conference Statements shall be lodged with Judge Chen's chambers by March 19, 2007.

SCOTT N. SCHOOLS
United States Attorney

/s/ Basil Boutris
BASIL BOUTRIS
VAUGHT & BOUTRIS
Attorney for Defendants
  Christine Bush
   Theodore Thayer

/s/ Thomas Moore
THOMAS MOORE
Assistant United States Attorney
Attorneys for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 7, 2007

_____
EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

Stip To Cont. Settl. Conf. & Proposed
Order (No. C-06-3702-MMC (EMC)      2