**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. C 06-3702 MMC |
|---|---|
| Plaintiff, | **ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| THEODORE R. THAYER, et al., | |
| Defendants. | |

In light of pending settlement discussions, the Status Conference in the above-titled action is hereby continued from April 27, 2007 to May 25, 2007. A Joint Status Conference Statement shall be filed no later than May 18, 2007.

**IT IS SO ORDERED.**

Dated: March 26, 2007

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge