1  SCOTT N. SCHOOLS  (SCSBN 9990)
   United States Attorney
2  JAY R. WEILL  (CSBN 75434)
   Assistant United States Attorney
3  THOMAS MOORE  (ASBN 4305-T78O)
   Assistant United States Attorney
4   10th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
5   San Francisco, California 94102
    Telephone:  (415) 436-6935
6
   Attorneys for United States of America
7

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. C-06-3702 |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER DENYING STIPULATED REQUEST TO CONTINUE STATUS CONFERENCE** |
| **THEODORE R. THAYER, et al.,** | |
| Defendants. | |

It is hereby stipulated by and between plaintiff United States of America and defendants Theodore Thayer, Christine Bush, and the State of California, Franchise Tax Board, through their respective counsel, that the status conference set for May 25, 2007, be continued to September 7, 2007, so that the parties might have adequate time to comply with the terms of the settlement.

JERRY BROWN                                SCOTT N. SCHOOLS
Attorney General State of California       United States Attorney

/s/ Juliano O. Standen                     /s/ Thomas Moore
JULIAN O.  STANDEN                         THOMAS MOORE
Attorney for Defendant                     Assistant United States Attorney
Franchise Tax Board                        Tax Division
                                           Attorneys for Plaintiff
/s/ Basil J. Boutris
BASIL J. BOUTRIS
Attorney for Defendants
Theodore R. Thayer and
Christine L. Bush.

**ORDER**

No party has responded to the Court's order of May 22, 2007, which afforded the parties the opportunity to address the status of the fourth defendant and to demonstrate the need, if any, for a continuance rather than a 90-120 conditional dismissal.

Accordingly, the parties' stipulated request to continue the status conference is DENIED, and all parties shall appear on May 25, 2007 at 10:30 a.m.

Dated: May 24, 2007

UNITED STATES DISTRICT JUDGE